# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3112

_____

Andrew Gladue; Beatrice Vivier,

            Appellants,

v.

United States of America,

            Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of North Dakota.
\*
\*      [UNPUBLISHED]
\*

_____

Submitted: April 7, 2010
Filed: April 15, 2010

_____

Before RILEY,[1] Chief Judge, BYE and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Andrew Gladue and Beatrice Vivier appeal the district court's[2] adverse grant of summary judgment in their Federal Tort Claims Act action. Upon de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude summary judgment was proper for the reasons the district court stated. We affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

[2]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.